# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE CAMARENA, | CASE NO. 1:10-cv-00025-GBC (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION OF TIME TO OBTAIN PLAINTIFF'S RESPONSES TO DISCOVERY AND FILE A MOTION TO COMPEL |
| v. | |
| DR. JOHN DIEP, et al., | |
| Defendants. | Doc. 27 |
| _____ / | DEADLINE: SEPTEMBER 6, 2012 |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 7, 2012, Defendant filed a motion for extension of time to obtain Plaintiff's responses to discovery and to file a motion to compel. Doc. 27. In Defendant's motion, counsel states that Plaintiff has not responded to discovery requests. *Id.* The Court HEREBY GRANTS Defendant's motion for extension of time to obtain Plaintiff's responses to discovery and to file a motion to compel.

Defendant has until **September 6, 2012** to obtain Plaintiff's responses to discovery and to file a motion to compel.

IT IS SO ORDERED.

Dated:   August 10, 2012

UNITED STATES MAGISTRATE JUDGE